# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

JACK YOSKOWITZ
PARTNER
(212) 574-1215
yoskowitz@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-2020

February 26, 2020

**VIA ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl St., Room 1960
New York, NY 10007
(Lehrburger_NYSDChambers@nysd.uscourts.gov)

SO ORDERED:

/s/ 2/26/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *Orlando A. Centeno, Jr. v. Commissioner of Social Security*, 19-CV-9008

Dear Judge Lehrburger:

We represent Plaintiff Orlando A. Centeno, and we respectfully request an extension for filing our motion for judgment on the pleadings in order to have more time to work on and discuss a settlement proposal with opposing counsel, Assistant U.S. Attorney Susan Baird.

Pursuant to the Court's "Order Supplementing Standing Order in Social Security Case" (the "Order") dated February 13, 2020, Plaintiff will be serving his settlement proposal by February 26, 2020. The parties then have 30 days to discuss and try to resolve the case and inform the Court by March 26, 2020 whether such a resolution was reached. Currently, Plaintiff's motion for judgment on the pleadings is also due on March 26th – sixty days after the Record was filed. Plaintiff therefore respectfully requests an extension until April 27, 2020 for filing his motion for judgment on the pleadings in order to see if the case can be resolved.

We have not made any previous requests for adjournment or extension of the matter at issue. Opposing counsel, Assistant U.S. Attorney Susan Baird, consents to this extension.

The proposed revised scheduling order is as follows:

- Settlement resolution due on March 26, 2020

- Plaintiff's Moving Brief due on April 27, 2020

Hon. Robert W. Lehrburger
February 26, 2020
Page 2

- Defendant's Opposition Brief (and Cross-Motion) due on June 26, 2020

- Plaintiff's Reply Brief due on July 17, 2020

        Respectfully submitted,

        */s/ Jack Yoskowitz*
        Jack Yoskowitz

cc:    AUSA Susan Baird, Esq. (by email)

SK 88888 0259 8483301 v1